United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-18257-elf
Allan Menaker                                                       Chapter 13
Linda Menaker
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: John            Page 1 of 1            Date Rcvd: Jul 21, 2016
                          Form ID: 155          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2016.
db/jdb         +Allan Menaker,   Linda Menaker,   1213 Scott Place,   Warwick, PA 18974-6115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2016 at the address(es) listed below:
     CAROL B. MCCULLOUGH    on behalf of Debtor Allan  Menaker mcculougheisenberg@gmail.com,
      G25217@notify.cincompass.com
     CAROL B. MCCULLOUGH    on behalf of Joint Debtor Linda  Menaker mcculougheisenberg@gmail.com,
      G25217@notify.cincompass.com
     JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
     JOSEPH PATRICK SCHALK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
     STEVEN H. SAILER    on behalf of    TLC Auto Sales, Inc. ssailer@stuckertyates.com,
      sy@stuckertyates.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                             TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Allan Menaker and Linda Menaker
   Debtor(s)                Chapter: 13

                       Bankruptcy No: 15−18257−elf

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

  AND NOW, this July 19, 2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

  A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

  B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

  C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                      Eric L. Frank
                      Chief Judge ,
                      United States Bankruptcy Court

                            48
                         Form 155