# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

**ALLAN & LINDA MENAKER** : CASE NO. 15-18257 ELF

## ORDER

THE FEE APPLICATION OF COUNSEL FOR THE DEBTOR, MCCULLOUGH EISENBERG, LLC. IS HEREBY APPROVED AND ALLOWED AS FOLLOWS:

Total compensation allowed………………………$3, 500.00

Compensation to be paid pursuant to the

Chapter 13 Plan by the Chapter 13 Trustee……….$ 1,500.00

Date: 8/31/16

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**