Certificate Number: 05781-PAE-DE-034379697

Bankruptcy Case Number: 15-18257



05781-PAE-DE-034379697

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 24, 2020, at 12:15 o'clock PM PDT, Linda Menaker completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 24, 2020          By:   /s/Allison M Geving

                                Name:   Allison M Geving

                                Title:   President