# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| ALLEN MENAKER | : | |
| LINDA MENAKER | : | |
| | : | |
| Debtors | : | Bankruptcy No. 15-18257 ELF |

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**William C. Miller, Trustee, has filed an Objection to the proof of claim you filed in this bankruptcy case.**

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the Court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection**, scheduled to be held before the Honorable Eric L. Frank, in Courtroom No. 1, on  August 25, 2020, at 11:00 a.m. at U.S. Bankruptcy Court, 900 Market St. - 2nd Floor, Philadelphia, PA 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date: August 5, 2020

                                                          William C. Miller, Esquire
                                                          Chapter 13 Standing Trustee
                                                          1234 Market Street
                                                          P.O. Box 1229
                                                          Philadelphia, PA 19105
                                                          Telephone: (215) 627-1377
                                                          Fax: (215) 627-6299