**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    ALLAN MENAKER | : | |
|    LINDA MENAKER, | : | |
| | : | |
|        Debtors | : | Bky. No.  15-18257 ELF |

# O R D E R

**AND NOW,** William C. Miller, Chapter 13 Trustee ("the Trustee") having deposited funds ("the Funds") in the Clerk Registry on **August 7, 2020**, (see docket entry dated **August 7, 2020**);

**AND**, after a hearing held on **August 25, 2020**, and for the reasons stated in court;

It is hereby **ORDERED** that the Clerk **FORTHWITH** shall issue a check or make an electronic transfer returning all of the Funds to the Trustee.

Date: August 25, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**