## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ALLAN MENAKER | : | |
| LINDA MENAKER, | : | |
| | : | |
| Debtors | : | Bky. No.  15-18257 ELF |

# O R D E R

**AND NOW,** the Chapter 13 Trustee having filed an Objection to Proof of Claim No. 3

(Doc. # 79), and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that

the Objection is **OVERRULED**.

Date: **August 25, 2020**

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**