**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     ALLAN MENAKER | : | |
|     LINDA MENAKER, | : | |
| | : | |
|     Debtors | : | Bky. No. 15-18257 ELF |

# O R D E R

**AND NOW,** it is hereby **ORDERED** that **on or before September 22, 2020**, the Debtors and the Chapter 13 Trustee each shall file a memorandum of law in support of their respective positions in connection with the Debtors' Motion For Entry of Discharge (Doc # 76).

Date: August 25, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**