United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 15-18257-elf
Allan Menaker                                                       Chapter 13
Linda Menaker
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2            User: John              Page 1 of 1              Date Rcvd: Aug 25, 2020
                                Form ID: pdf900         Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2020.
```
db/jdb         +Allan Menaker,    Linda Menaker,    1213 Scott Place,    Warwick, PA 18974-6115
NONE           +TLC Auto Sales, Inc.,    677 Arbor Lane,    Warminster, PA 18974-2112
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 26 2020 03:52:21     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 26 2020 03:52:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 26 2020 03:52:16     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                               TOTAL: 3
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:
```
              ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              CAROL B. MCCULLOUGH    on behalf of Debtor Allan  Menaker mccullougheisenberg@gmail.com,
               cbmccullough64@gmail.com
              CAROL B. MCCULLOUGH    on behalf of Joint Debtor Linda  Menaker mccullougheisenberg@gmail.com,
               cbmccullough64@gmail.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    Quicken Loans Inc. Josh.Goldman@padgettlawgroup.com,
               kevin.shatley@padgettlawgroup.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              STEVEN H. SAILER    on behalf of    TLC Auto Sales, Inc. ssailer@stuckertyates.com
              THOMAS I. PULEO    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 14
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    ALLAN MENAKER | : | |
|    LINDA MENAKER, | : | |
| | : | |
|    Debtors | : | Bky. No. 15-18257 ELF |

# O R D E R

**AND NOW,** William C. Miller, Chapter 13 Trustee ("the Trustee") having deposited funds ("the Funds") in the Clerk Registry on **August 7, 2020**, (see docket entry dated **August 7, 2020**);

**AND**, after a hearing held on **August 25, 2020**, and for the reasons stated in court;

It is hereby **ORDERED** that the Clerk **FORTHWITH** shall issue a check or make an electronic transfer returning all of the Funds to the Trustee.

Date: August 25, 2020

                              **ERIC L. FRANK**
                              **U.S. BANKRUPTCY JUDGE**