United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Allan Menaker  
Linda Menaker  
    Debtors

Case No. 15-18257-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Aug 25, 2020  
                        Form ID: pdf900    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2020.  
db/jdb      +Allan Menaker,   Linda Menaker,   1213 Scott Place,   Warwick, PA 18974-6115  
NONE        +TLC Auto Sales, Inc.,   677 Arbor Lane,   Warminster, PA 18974-2112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           E-mail/Text: megan.harper@phila.gov Aug 26 2020 03:52:18     City of Philadelphia,  
            City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
            Philadelphia, PA 19102-1595  
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 26 2020 03:52:01  
            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
            Harrisburg, PA 17128-0946  
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 26 2020 03:52:16     U.S. Attorney Office,  
            c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
                                                                                                                  TOTAL: 3

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:  
        ANDREW SPIVACK   on behalf of Creditor   Wells Fargo Bank, NA paeb@fedphe.com  
        CAROL B. MCCULLOUGH   on behalf of Debtor Allan  Menaker mccullougheisenberg@gmail.com,  
         cbmccullough64@gmail.com  
        CAROL B. MCCULLOUGH   on behalf of Joint Debtor Linda  Menaker mccullougheisenberg@gmail.com,  
         cbmccullough64@gmail.com  
        JEROME B. BLANK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com  
        JEROME B. BLANK   on behalf of Creditor   Wells Fargo Bank, NA paeb@fedphe.com  
        JOSHUA I. GOLDMAN   on behalf of Creditor   Quicken Loans Inc. Josh.Goldman@padgettlawgroup.com,  
         kevin.shatley@padgettlawgroup.com  
        LEROY W. ETHERIDGE, JR.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
         philaecf@gmail.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com  
        PAUL WILLIAM CRESSMAN   on behalf of Creditor   Wells Fargo Bank, NA paeb@fedphe.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com  
        STEVEN H. SAILER   on behalf of   TLC Auto Sales, Inc. ssailer@stuckertyates.com  
        THOMAS I. PULEO   on behalf of Creditor   Quicken Loans Inc. tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                       TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    ALLAN MENAKER | : | |
|    LINDA MENAKER, | : | |
| | : | |
|    Debtors | : | Bky. No.  15-18257 ELF |

# O R D E R

**AND NOW,** it is hereby **ORDERED** that **on or before September 22, 2020**, the Debtors and the Chapter 13 Trustee each shall file a memorandum of law in support of their respective positions in connection with the Debtors' Motion For Entry of Discharge (Doc # 76).

Date: August 25, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**