UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :    Chapter 13
                                                    :
    ALLEN MENAKER                                :
    LINDA MENAKER                                :
                                                    :
               Debtors             :    Bankruptcy No. 15-18257 ELF

    **AND NOW**, debtors, and William C. Miller, Esquire, chapter 13 standing trustee ("standing trustee"), agree to the following terms and conditions in the above-referenced matter:

1. On August 25, 2020, a hearing was held on debtors' motion for discharge. An issue was raised by the standing trustee regarding whether a property sold by debtors in 2018 had vested in debtors pursuant to the confirmed plan. The court directed that if the matter could not be resolved, memoranda were to be filed by September 22, 2020 (docket no. 85).

2. Debtors and the standing trustee have agreed to resolve the matter by debtors' immediately paying an additional five thousand dollars ($5,000) into the plan, with those additional funds to go to all unsecured creditors other than counsel for debtors.

3. This stipulation will serve as an amendment to the plan. Upon receipt of the funds, the standing trustee will have no further objection to discharge.

    **WHEREFORE**, the parties have executed this Stipulation as of September 14, 2020, and request that it be made an order of this Court.

_____
William C. Miller, Esquire

_____
Carol McCullough, Esquire
Counsel for debtors

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

    The foregoing Stipulation is hereby APPROVED as an Order of this Court.

_____
Honorable Eric L. Frank
United States Bankruptcy Judge