United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Allan Menaker  
Linda Menaker  
    Debtors

Case No. 15-18257-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Randi   Page 1 of 1   Date Rcvd: Sep 16, 2020  
                Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2020.  
db/jdb      +Allan Menaker,   Linda Menaker,   1213 Scott Place,   Warwick, PA 18974-6115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2020 at the address(es) listed below:

      ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com  
      CAROL B. MCCULLOUGH    on behalf of Debtor Allan   Menaker mcculloughheisenberg@gmail.com, cbmccullough64@gmail.com  
      CAROL B. MCCULLOUGH    on behalf of Joint Debtor Linda   Menaker mcculloughheisenberg@gmail.com, cbmccullough64@gmail.com  
      JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com  
      JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
      JOSHUA I. GOLDMAN    on behalf of Creditor    Quicken Loans Inc. Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com  
      LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
      MATTEO SAMUEL WEINER    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
      PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
      STEVEN H. SAILER    on behalf of    TLC Auto Sales, Inc. ssailer@stuckertyates.com  
      THOMAS I. PULEO    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                 TOTAL: 14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                Chapter 13

    ALLEN MENAKER
    LINDA MENAKER

        Debtors                        Bankruptcy No. 15-18257 ELF

# CONSENT ORDER

    **AND NOW**, debtors, and William C. Miller, Esquire, chapter 13 standing trustee ("standing trustee"), agree to the following terms and conditions in the above-referenced matter:

1. On August 25, 2020, a hearing was held on debtors' motion for discharge. An issue was raised by the standing trustee regarding whether a property sold by debtors in 2018 had vested in debtors pursuant to the confirmed plan. The court directed that if the matter could not be resolved, memoranda were to be filed by September 22, 2020 (docket no. 85).

2. Debtors and the standing trustee have agreed to resolve the matter by debtors' immediately paying an additional five thousand dollars ($5,000) into the plan, with those additional funds to go to all unsecured creditors other than counsel for debtors.

3. This stipulation will serve as an amendment to the plan. Upon receipt of the funds, the standing trustee will have no further objection to discharge.

    **WHEREFORE**, the parties have executed this Stipulation as of September 14, 2020, and request that it be made an order of this Court.

William C. Mill..., Esquire

Carol McCullough, Esquire
Counsel for debtors

IT IS THEREFORE **ORDERED**:

    The foregoing Stipulation is hereby **APPROVED** as an Order of this Court.

Date: 9/16/20

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**