### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

:

IN RE:ALLAN & LINDA MENAKER

:        Bankruptcy case #15-18257ELF

:
Chapter 13

———————————————

## PRAECIPE TO WITHDRAW DOCUMENT(S)

:

To the Clerk of Court:

Please withdraw FINAL REPORT Filed on 09-15-2020
docket entry#92

Respectfully submitted,

**/s/William C. Miller, Trustee**
Chapter 13 Standing Trustee

Date  SEPTEMBER 22/ 2020